**Opinion issued February 22, 2024**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-23-00042-CV

————————————

### NORMAN TARVER, Appellant

### V.

### IRENE IBARRA AND ROBERT IBARRA, Appellees

---

### On Appeal from the 335th District Court
### Bastrop County, Texas
### Trial Court Case No. 29,295

---

### MEMORANDUM OPINION

Appellant filed a brief on August 23, 2023, which the Court struck for failure to comply with the requirements of Rule 38.1.[1]  *See* TEX. R. APP. P.

---

[1]    The Texas Supreme Court transferred this appeal from the Court of Appeals for the Third District of Texas to this Court pursuant to its docket equalization powers. *See* TEX. GOV'T CODE § 73.001 ("The supreme court may order cases

38.1. The Court ordered an amended brief filed by October 23, 2023. A corrected brief was filed on October 23, 2023, but it failed to comply with our order.

On December 5, 2023, the Court issued another order striking the brief filed on October 23, 2023 and ordered appellant to file a corrected brief by December 15, 2023. The Court granted an extension **until** January 16, 2024, stating that the Court might dismiss the appeal without further notice if the brief was not filed by January 16, 2024. The corrected brief has not been filed and no further motions for extension have been filed.

The appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.

---

transferred from one court of appeals to another at any time that, in the opinion of the supreme court, there is good cause for the transfer."). We are unaware of any conflict between the precedent of the Third Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.